UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES MATTHEW DEAN, et al.,

        Plaintiffs,

v.                              Case No. 06-C-315

MARY KRUEGER, et al.,

        Defendants.

---

**ORDER OF DISMISSAL**

---

Plaintiff has filed a complaint on this court's form and has attached to it a lengthy series of documents. The complaint cites unspecified "constitutional violations and United States Code Violations" and states that the relief sought will be set forth in a brief to follow.

It is clear that the complaint must be summarily dismissed. The complaint itself is bereft of any facts or legal claims, and the documents attached to the complaint are not themselves a federal complaint. They are instead a series of documents relating to a real estate dispute the plaintiff apparently has with the Winnebago County Treasurer and others. While in substance it appears there is no federal claim here, in form it is clear that the complaint fails to meet with even the liberal standards allowed for in the Federal Rules of Civil Procedure, in particular Rule 8. Fed. R. Civ. P. 8(a). Accordingly, the complaint is dismissed.

Dated this   15th   day of March, 2006.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge